1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

UNITED STATES OF AMERICA,

CASE NO. CR99-511-MJP

10

Plaintiff,

SUMMARY REPORT OF U.S.
MAGISTRATE JUDGE

11

v.

AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

12

DERRICK ESKRIDGE,

13

Defendant.

14

15

## INTRODUCTION

16

17

I conducted a revocation of supervised release evidentiary hearing in this case on July

18

9, 2007. The United States was represented by Andrew Friedman. The defendant was

19

represented by Brian Tsuchida.

## CONVICTION AND SENTENCE

20

21

Defendant had been convicted of Possession With Intent to Distribute Cocaine Base

22

on or about March 10, 1995. The Hon. Marsha J. Pechman of this court sentenced

23

Defendant to 74 months of confinement, followed by five years of supervised release. The

24

original term of supervision was revoked on September 18, 2000 due to violations of

25

supervised release, and a new sentence of 12 months imprisonment and 48 months of

26

supervised release was imposed, to be served consecutively with a pending State of

27

Washington sentence. On October 7, 2004, the defendant was released from custody and

28

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

1  began his second term of supervised release.  The conditions of supervised release included

2  requirements that defendant comply with the standard 13 conditions.

3                                    DEFENDANT'S ADMISSION

4       U.S. Probation officer Michael Larson for Robin Elliott alleged that Defendant

5  violated the conditions of supervised release in the following respect:

6       (1)    Possessing a controlled substance on January 6, 2007, in violation of standard

7              condition that he not commit another federal, state or local crime.

8  I advised the defendant of the charge and of his constitutional rights.  Defendant admitted

9  the violation, waived any hearing as to whether it occurred, and consented to having the

10  matter set for a disposition hearing.

11                          RECOMMENDED FINDINGS AND CONCLUSIONS

12       Based upon the foregoing, I recommend the court find that Defendant has violated the

13  conditions of his supervised release as alleged and set the matter for a disposition hearing.

14       Defendant has been detained pending a final determination by the Court.

15       DATED this 10th day of July, 2007.

16

17

18

19  _____

20  MONICA J. BENTON
    United States Magistrate Judge

21

22

    cc:  Sentencing Judge          :    Hon. Marsha J. Pechman
23       Assistant U.S. Attorney   :    Andrew Friedman
         Defense Attorney          :    Brian Tsuchida
24       U. S. Probation Officer   :    Robin T. Elliot

25

26

27

28

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-